## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven G. Hurley                                  CHAPTER 13

                Debtor(s)                              BKY. NO. 20-10456 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of WELLS FARGO MASTER SERVICING
and index same on the master mailing list.

> Respectfully submitted,
> **/s/ Rebecca A. Solarz Esquire**
> Rebecca A Solarz, Esquire
> Kevin G. McDonald, Esquire
> KML Law Group, P.C.
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106-1532
> (215) 627-1322