UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| STEVEN G. HURLEY | : | 4/28/2020 9:30 A.M. |
| | : | Courtroom # 1 |
| | : | |
| | : | Case No. 20-10456 |

# ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtors deny that they have failed to make the stated payments as listed and avers that Movant is holding payment(s) in abeyance without crediting their account. However, if debtors have missed any payments, they wish to enter into a stipulation allowing them to repay any post-petition arrearages through the remainder of their Chapter 13 plan.

7. Denied.

8. Denied.

9. Denied.

10. Admitted.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a stipulation permitting the Debtors to become current on any missed post-petition payments.

                                                Respectfully Submitted,

                                                YOUNG, MARR & ASSOCIATES

By:        /s/Paul H. Young
              Paul H. Young, Esquire
              Attorney for Debtors
              3554 Hulmeville Road, Suite 102
              Bensalem, PA 19020
              P: 215-639-5297
              F: 215-639-1344
              support@ymalaw.com