

**Check# 6204** — Rate1: 28.00 — Emp # 24 — STEVEN HURLEY — SSN: 210-60-XXXX — Status: S0 — P.E. Date: 02/20/20 — Ck Date: 02/21/20

| REG | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
|  | 40.00 | 1120.00 | 6720.00 | FED IT | 149.36 | 896.16 |  |  |  |
|  |  |  |  | FICA/MED | 85.68 | 514.08 |  |  |  |
|  |  |  |  | PA IT | 34.38 | 206.28 |  |  |  |
|  |  |  |  | SUCI/SDI | 0.67 | 4.02 |  |  |  |
|  |  |  |  | PN IT | 38.62 | 231.72 |  |  |  |

|  | This Check | YTD |
|---|---|---|
| Earnings | 1120.00 | 6720.00 |
| Taxes | 308.71 | 1852.26 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 811.29 | 4867.74 |

**Check# 6190** — Rate1: 28.00 — Emp # 24 — STEVEN HURLEY — SSN: 210-60-XXXX — Status: S0 — P.E. Date: 02/06/20 — Ck Date: 02/06/20

| REG | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
|  | 40.00 | 1120.00 | 4480.00 | FED IT | 149.36 | 597.44 |  |  |  |
|  |  |  |  | FICA/MED | 85.68 | 342.72 |  |  |  |
|  |  |  |  | PA IT | 34.38 | 137.52 |  |  |  |
|  |  |  |  | SUCI/SDI | 0.67 | 2.68 |  |  |  |
|  |  |  |  | PN IT | 38.62 | 154.48 |  |  |  |

|  | This Check | YTD |
|---|---|---|
| Earnings | 1120.00 | 4480.00 |
| Taxes | 308.71 | 1234.84 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 811.29 | 3245.16 |

Case 20-10456-elf   Doc 28   Filed 04/27/20   Entered 04/27/20 11:29:14   Desc Main Document   Page 2 of 2



### Check# 6183 — Steven Hurley — Ck Date: 01/31/20

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD |
|---|---|---|---|---|---|---|
| REG | 40.00 | 1120.00 | 3360.00 | FED IT | 149.36 | 448.08 |
| | | | | FICA/MED | 85.68 | 257.04 |
| | | | | PA IT | 34.38 | 103.14 |
| | | | | SUCI/SDI | 0.67 | 2.01 |
| | | | | PN IT | 38.62 | 115.86 |

| | This Check | YTD |
|---|---|---|
| Earnings | 1120.00 | 3360.00 |
| Taxes | 308.71 | 926.13 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 811.29 | 2433.87 |

Processed by Payroll Service Solutions, L.L.C. for BRODERICK INDUSTRIES LLC

### Check# 6176 — Steven Hurley — Ck Date: 01/21/20

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD |
|---|---|---|---|---|---|---|
| REG | 40.00 | 1120.00 | 2240.00 | FED IT | 149.36 | 298.72 |
| | | | | FICA/MED | 85.68 | 171.36 |
| | | | | PA IT | 34.38 | 68.76 |
| | | | | SUCI/SDI | 0.67 | 1.34 |
| | | | | PN IT | 38.62 | 77.24 |

| | This Check | YTD |
|---|---|---|
| Earnings | 1120.00 | 2240.00 |
| Taxes | 308.71 | 617.42 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 811.29 | 1622.58 |

### Check# 6153 — Steven Hurley — Ck Date: 01/13/20

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD |
|---|---|---|---|---|---|---|
| REG | 40.00 | 1120.00 | 1120.00 | FED IT | 149.36 | 149.36 |
| | | | | FICA/MED | 85.68 | 85.68 |
| | | | | PA IT | 34.38 | 34.38 |
| | | | | SUCI/SDI | 0.67 | 0.67 |
| | | | | PN IT | 38.62 | 38.62 |

| | This Check | YTD |
|---|---|---|
| Earnings | 1120.00 | 1120.00 |
| Taxes | 308.71 | 308.71 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 811.29 | 811.29 |

Processed by Payroll Service Solutions, L.L.C. for BRODERICK INDUSTRIES LLC