# Broderick Industries

6101 Keystone St., Philadelphia, PA 19135
Phone: 215-409-5771; Fax: 215-335-2680

Date: 4-30-2020

Steven Hurley works as a IC and he gets paid separately from payroll during certain periods of time. From November 1st, 2019 till November 29th, 2019 he made five thousand dollars over five pay periods. From December 6th, 2019 till December 27th, 2019 he made four thousand dollars over four pay periods.

Sincerely,

William Broderick

