# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10456-ELF

STEVEN   G. HURLEY

7 MADISON ROAD

WILLOW GROVE, PA 19090-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEVEN   G. HURLEY

7 MADISON ROAD

WILLOW GROVE, PA 19090-

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

                                                   /S/ William C. Miller

Date: 5/7/2020                     _____

                                           William C. Miller, Esquire
                                           Chapter 13 Standing Trustee